RAFAEL M. GONZALEZ, JR.
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ALAN HOADLEY, <br><br> Defendant. | Case No. 1:22-cr-56-DCN <br><br> **INFORMATION** <br><br> 18 U.S.C. § 242 |

The United States Attorney charges:

### COUNT 1
**(Deprivation of Rights Under Color of Law)**
**18 U.S.C. § 242**

On or about March 30, 2017, in the District of Idaho, JOSEPH ALAN HOADLEY, while acting under color of law as a ranking Lieutenant and Police Officer with the Caldwell City Police Department, struck B.H., willfully depriving him of the right, secured and protected by the Constitution and the laws of the United States, to be free from the use of unreasonable force by a law enforcement officer.

All in violation of Title 18, United States Code, Section 242.

**INFORMATION** - 1

Dated this ____ day of March.

                                        RAFAEL M. GONZALEZ, JR.
                                        UNITED STATES ATTORNEY
                                        By:

                                        _____

                                        KATHERINE L. HORWITZ

**INFORMATION** - 2