## CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Joseph Alan Hoadley** | JUVENILE:  No |
| DEFENSE ATTORNEY:  Charles Peterson | |
| Address:  671 E. Riverpark Lane Ste. 210 Boise, ID 83706 | PUBLIC or SEALED:  Public |
| | SERVICE TYPE:  Summons (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.:  (208) 336-2060 | ISSUE: |
| INVESTIGATIVE AGENT:  Ryan O'Neil | INTERPRETER:  No |
| Telephone No.: | If YES, language: |
| AGENCY:  Federal Bureau of Investigation | |
| CASE INFORMATION: **Deprivation of Rights under Color of Law, 18 U.S.C. § 242** | RELATED COMPLAINT: No CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: | **Information** | | |
| Felony: | **No** | County of Offense:  **Canyon** | |
| Class A Misdemeanor: | **Yes** | Estimated Trial Time:  **2 days** | |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 242** | **ONE** | **Deprivation of Rights under Color of Law** | **Up to 1 year of imprisonment; up to 1 year of supervised release; up to a $100,000.00 fine; and a $25 Special Assessment** |

Date:   25 March 2022   Assistant U.S. Attorney:  **Katherine Horwitz**

Telephone No.:  **(208) 334-1211**