Charles F. Peterson ISB# 3346
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho  83706
Telephone (208) 342-4633
FAX (208) 955-2020
chuck@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 22-cr-00056-DCN |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE ARRAIGNMENT** |
| vs. | |
| JOSEPH ALAN HOADLEY, | |
| Defendant. | |

Joseph Alan Hoadley, through his attorney, Charles F. Peterson, hereby moves this honorable Court to continue his arraignment, which is currently scheduled for March 31, 2022, at 10:00 am. This motion is based on the attached declaration of counsel.

Defendant respectfully requests the Court to continue his arraignment for a date after April 4, 2022, for the reasons set forth in the attached declaration of counsel.

Dated this 28th day of March 2022.

//s//
Charles F. Peterson
Attorney for Defendant

MOTION TO CONTINUE ARRAIGNMENT - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of March 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Rafael M. Gonzalez, Jr.
Acting United States Attorney
Katherine L. Horwitz
Assistant United States Attorney
Kate.horwitz@usdoj.gov

//s//
Charles F. Peterson