Charles F. Peterson ISB# 3346
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho  83706
Telephone (208) 342-4633
FAX (208) 955-2020
chuck@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 22-cr-00056-DCN |
|---|---|
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE ARRAIGNMENT** |
| vs. | |
| JOSEPH ALAN HOADLEY, | |
| Defendant. | |

Charles F. Peterson declares as follows in support of Defendant's Motion to Continue Arraignment:

1. I am an attorney representing the Defendant.

2. The arraignment is currently set in this matter on March 31, 2022.

3. Defendant is out of the State from March 28, 2022 through April 4, 2022.

4. Mr. Hoadley had previously planned a trip to Arizona with his son prior to the Court setting the arraignment.

5. This motion is brought in good faith, is not for any purpose of improper delay, and is unopposed by the government.

6. For the reasons set forth above, Defendant respectfully requests that the Court continue the arraignment for a date after April 4, 2022.

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE ARRAIGNMENT - 1**

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of March 2022.

//s// _____
Charles F. Peterson
Attorney for Defendant

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE ARRAIGNMENT - 2**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 28th day of March 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Rafael M. Gonzalez, Jr.
Acting United States Attorney
Katherine L. Horwitz
Assistant United States Attorney
Kate.horwitz@usdoj.gov

                                               //s//
                                               Charles F. Peterson