JOSHUA D. HURWIT, OKLAHOMA STATE BAR NO. 9527
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSEPH ALAN HOADLEY, <br><br> Defendant. | Case No. 1:22-cr-00056-SWS <br><br> **NOTICE OF SUBSTITUTION OF CO-COUNSEL** |

The undersigned Assistant United States Attorney for the District of Idaho, Francis J. Zebari, hereby substitutes as co-counsel for the Plaintiff in the above-captioned action in place of Kassandra McGrady.

Dated this 12th day of August, 2022.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ Francis J. Zebari*
FRANCIS J. ZEBARI
Assistant United States Attorney

**NOTICE OF SUBSTITUTION OF CO-COUNSEL - 1**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 12, 2022, the foregoing **NOTICE OF SUBSTITUTION OF CO-COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Charles F Peterson, Jr.<br>Peterson Lawyers<br>671 E Riverpark Ln Suite 210 83706<br>Boise, ID 83702<br>chuck@petersonlawyers.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

          */s/ Wendy Wheeler*
          Legal Assistant