# FINAL PRETRIAL CONFERENCE

☐ This minute sheet also contains a Minute Order

Date: 09/13/2022  Case No. 22-CR-56-SWS
Time: 8:24 - 8:44 AM

UNITED STATES OF AMERICA  VS JOSEPH ALAN HOADLEY

| Scott W. Skavdahl | Crystal Toner | Megan Strawn | Willie Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): Kate Horwitz, Frank Zebari

Attorney(s) for Defendant(s): Chuck Peterson

TRIAL DATE: 09/19/2022  Length:  Location: Boise, ID

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
|  |  |  |  |

☐ Counsel to report to chambers at _____ on the first day of Trial.
☑ Jury selection discussed with counsel.  Time allowed for voir dire by counsel: 30 minutes
☐ Opening statements discussed with counsel.  Time allowed:
☐ Video testimony expected.

☑ Jurors permitted to take notes during trial.
☐ Jurors permitted to ask questions during trial.
☐ Witnesses sequestered during trial.
☐ All other standard final pretrial issues discussed with counsel.  Written Order to follow.

The Court will issue Orders on the pending motions.