Charles F. Peterson ISB# 3346
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho  83706
Telephone (208) 342-4633
FAX (208) 955-2020
chuck@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 22-cr-00056-DCN |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL** |
| vs. | |
| JOSEPH ALAN HOADLEY, | |
| Defendant. | |

Joseph Alan Hoadley, through his attorney, Charles F. Peterson, hereby moves this honorable Court to continue the trial of this case, which is currently scheduled for September 19, 2022.

The government produced an additional 335,000 Bates stamped documents today. The documents have not been reviewed by a filter team for the government, which would review for *Garrity* and privilege issues. We do not have enough time at this late date to review and analyze the material for potentially favorable evidence for Mr. Hoadley. Although he would prefer to go to trial as scheduled, without the chance to perform any meaningful review, Mr. Hoadley's right to the effective assistance of counsel would arguably be denied.  The files produced include documents, emails, text messages and data

relating to two of the government's identified witnesses, and a third person who is a subject of the investigation of CPD.

This motion is not brought to unreasonably delay the trial. The interests of justice are not served by proceeding in view of the late production.

Defendant respectfully requests the Court continue the matter and set the trial to a date convenient to the Court and counsel.

Dated this 13th day of September 2022.

                                    //s//_____
                                    Charles F. Peterson
                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Rafael M. Gonzalez, Jr.
Acting United States Attorney
Katherine L. Horwitz
Assistant United States Attorney
Kate.horwitz@usdoj.gov

                                    //s//_____
                                    Charles F. Peterson