IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
Scott W Skavdahl, United States District Judge
Case No. 1:22-CR-56-SWS

| | |
|---|---|
| Crystal Toner, Deputy Clerk<br>Megan Strawn, Court Reporter<br>William Elliott, Law Clerk | September 20, 2022<br>Boise, ID |
| UNITED STATES OF AMERICA | Kate Horwitz, AUSA<br>Frank Zebari, AUSA<br>Pam Rocca, Paralegal<br>Ryan O'Neil, Agent |
| Plaintiff | |
| vs | |
| JOSEPH ALAN HOADLEY | Chuck Peterson, Attorney<br>Patty Stradley, Paralegal |
| Defendant | |

| Jury Trial |
| :---: |
| Day 2 |

| | |
|---|---|
| 8:57 am | Court is in session outside the presence of prospective jurors. The Court addressed exhibit 1009 that the defendant has an objection to. counsel. The Court addressed the no show juror. Attempt to reach the juror will be made. |
| 9:06 am | Court is in recess |
| 9:19 am | Court is in session; Jury members returned to the Courtroom. Joshua Gregory called and sworn. |
| 8:36 am | <u>Direct Examination of Mr. Gregory</u> by Ms. Horwitz.<br>Exhibit 1022 (previously admitted) published. |
| 9:37 am | <u>Cross-examination of Mr. Gregory</u> by Mr. Peterson. |

| | |
|---|---|
| 9:46 am | <u>Re-Direct of Mr. Gregory</u> by Ms. Horwitz.<br>Demonstrative Exhibit D-1000 page 4 identified an admitted |
| 9:53 am | <u>Re-Cross of Mr. Gregory</u> by Mr. Peterson |
| 9:56 am | Mary Jill Nichols called and sworn |
| 9:58 am | <u>Direct Examination of Ms. Nichols</u> by Mr. Zebari<br>Exhibit 1005, 1005A, 1006, 1018, 1019, 1020 identified and admitted, 1018 |
| 10:20 am | <u>Cross Examination of Ms. Nichols</u> by Mr. Peterson<br>Exhibit 1020 (previously admitted) published |
| 10:22 am | <u>Re-Direct of Ms. Nichols</u> by Mr. Zebari |
| 10:25 am | Court is in recess |
| 10:34 am | Court is in session |
| 10:34 am | Outside of the presence of the jury the Court provided it's ruling on Exhibit 1009. Page 141 will not be admitted. Page 379 must be redacted as indicated on the record. Pages 1, 60 172, 204, 212, 213, 215, 272, 278, 361, 368, 395 and 396 as indicated on the record may be admitted. |
| 10:39 am | Jury members returned to courtroom |
| 10:41 am | <u>Continued Re-Direct of Mr. Nichols</u> by Mr. Zebari |
| 10:42 am | Howard Webb called and sworn |
| 10:43 am | <u>Direct Examination of Mr. Webb</u> by Ms. Horwitz<br>Exhibit 1008 identified and admitted; Exhibit 1009 pages 1, 361, 368, 379 (as redacted) 395, 396, 204, 212, 213, 215, 272, 278, 172, 183, identified and admitted.   Exhibit 1009 pages 60 67 68 69 70 74 were objected to and will not be admitted. |
| 11:37 am | Court is in recess |
| 11:45 am | Court is in session. |
| 11:46 am | <u>Cross Examination of Mr. Webb</u> by Mr. Peterson<br>Exhibit 1009 Page 395, 213, 272 (previously admitted) published, Exhibit 1009 page 394 identified and admitted |

| Time | Event |
|---|---|
| 12:17 pm | Jury given recess instruction and excused for lunch to return at 1:15 pm |
| 12:18 pm | The Court addressed a question regarding matters for the Re-Direct of Mr. Webb.  The Court also provided reasons for previous rulings |
| 12:23 pm | Court is in recess |
| 1:16 pm | Court is in session |
| 1:17 pm | Jury members returned to the courtroom |
| 1:18 pm | <u>Re-Direct of Mr. Webb</u> by Mr. Peterson |
| 1:24 pm | Doug Winfield called and sworn |
| 1:25 pm | <u>Direct Examination of Mr. Winfield</u> by Mr. Zebari<br>Demonstrative Exhibit 1000-7, Exhibit 1003, 1004 identified and admitted; Exhibit 1007 identified and admitted pages 135 – 145 |
| 2:09 pm | <u>Cross Examination of Mr. Winfield</u> by Mr. Peterson<br>Exhibit 1007 page 138, 135(previously admitted) published |
| 2:29 pm | <u>Re-Direct of Mr. Winfield</u> by Mr. Zebari |
| 2:32 pm | BH called and sworn, Exhibits 1001, 2001 identified and admitted |
| 2:38 pm | <u>Direct Examination of BH</u> by Ms. Horwitz |
| 2:39 pm | Court is in recess |
| 2:49 pm | Court is in session. |
| 2:50 pm | Jury members returned to the courtroom. |
| 2:51 pm | <u>Continued Direct Examination of BH</u> by Ms. Horwitz<br>Exhibit 1001 (previously admitted) published |
| 3:08 pm | <u>Cross Examination of BH</u> by Mr. Peterson<br>Exhibit 1001 (previously admitted) published |
| 3:36 pm | <u>Re-Direct of BH</u> by Ms. Horwitz |
| 3:38 pm | Eduardo Ibarra called and sworn |

| Time | Event |
|---|---|
| 3:40 pm | <u>Direct Examination of Mr. Ibarra</u> by Ms. Horwitz<br>Exhibit 1007 page 138 (previously admitted) published,<br>Demonstrative Exhibit Page 5 identified and displayed to the jury |
| 4:08 pm | Jury members excused for a break |
| 4:09 pm | The Court provided reasons for rulings. |
| 4:11 pm | Court is in recess |
| 4:19 pm | Court is in session |
| 4:19 pm | Jury members returned to courtroom |
| 4:22 pm | <u>Cross Examination of Mr. Ibarra</u> by Mr. Peterson |
| 5:09 pm | <u>Re-Direct of Mr. Ibarra</u> by Ms. Horwitz<br>Exhibit 2001 (previously admitted) published. |
| 5:17 pm | <u>Re-Cross of Mr. Ibarra</u> by Mr. Peterson |
| 5:26 pm | <u>Follow-up of Mr. Ibarra</u> by Ms. Horwitz |
| 5:27 pm | Jury members were given the recess instruction and excused for the evening to return at 8:30 AM. |
| 5:28 pm | The Court addressed the schedule for upcoming days with counsel. |
| 5:30 pm | Court is in recess until 8:30 AM |

Daily witnesses:
Joshua Gregory
Mary Jill Nichols
Howard Webb
Doug Winfield
BH
Eduardo Ibarra