IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
Scott W Skavdahl, United States District Judge
Case No. 1:22-CR-56-SWS

| | |
|---|---|
| Crystal Toner, Deputy Clerk<br>Megan Strawn, Court Reporter<br>William Elliott, Law Clerk | September 22, 2022<br>Boise, ID |
| UNITED STATES OF AMERICA | Kate Horwitz, AUSA<br>Frank Zebari, AUSA<br>Pam Rocca, Paralegal<br>Ryan O'Neil, Agent |
| Plaintiff | |
| vs | |
| JOSEPH ALAN HOADLEY | Chuck Peterson, Attorney<br>Patty Stradley, Paralegal |
| Defendant | |

| Jury Trial |
|---|
| Day 4 |

| | |
|---|---|
| 8:36 am | Court is in session outside the presence of prospective jurors. The Court advised the Defendant of his rights to testify. |
| 8:40 am | Jury Members returned to courtroom |
| 8:43 am | Joseph Hoadley called and sworn |
| 8:44 am | <u>Direct Examination of Mr. Hoadley</u> by Mr. Peterson<br>Exhibit 5049, 5051, 5052, 5053, 5054, 5055, 5056, 5031 identified and admitted,<br>Exhibit 2001 (previously admitted) published |
| 10:19 am | Jury excused from the courtroom, Court is in recess |

| Time | Event |
|---|---|
| 10:35 am | Court is in Session |
| 10:35 am | Jury members returned to courtroom |
| 10:38 am | <u>Continued Direct Examination of Mr. Hoadley</u> by Mr. Peterson<br>Exhibit 5003, 5024(as redacted), 5062 identified and admitted<br>Exhibit 3005 (previously admitted) published |
| 12:05 pm | Jury given recess instruction and excused of break |
| 12:06 pm | Court heard from the parties regarding further arguments |
| 12:08 pm | Court is in recess until 1:15 pm |
| 1:15 pm | Outside the presence of the jury, the Court provided its ruling on the arguments presented prior to the break |
| 1:22 pm | Jury members returned to the courtroom |
| 1:23 pm | <u>Cross Examination of Mr. Hoadley</u> by Ms. Horwitz<br>Exhibit 1009 page 68 (not admitted per previous redaction ruling) identified and displayed to witness<br>Exhibit 2001, 1032, 5062, 3005, 1013, GI 72, (previously admitted) published<br>Exhibit GI 18, 1023 Identified and admitted |
| 2:23 pm | <u>Re-Direct of Mr. Hoadley by</u> Mr. Peterson<br>Exhibit 1023 (previously admitted) published<br>Exhibit GI 31 identified but not admitted published to witness |
| 2:38 pm | Defendant rests |
| 2:39 pm | Jury reminded of the recess instruction and excused for the evening to return at 8:30 AM on Friday, September 23, 2022 |
| 2:39 pm | Court is in recess |
| 3:15 pm | Court is in session |

| | |
|---|---|
| 3:15 pm | The Court obtained consent from the parties for Ms. Trudela and Ms. Bowline to serve in the courtroom should there be deliberation beyond Friday. |
| 3:22 pm | Court and parties reviewed Final Jury instruction packet outside the presence of the jury. |
| 3:24 pm | Jury instruction conference on the record. |
| 3:50 pm | Court is in recess until 8:30 AM on Friday, September 22, 2022 |

Daily witnesses:

Joseph Hoadley