IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
Scott W Skavdahl, United States District Judge
Case No. 1:22-CR-56-SWS

| | |
|---|---|
| Crystal Toner, Deputy Clerk<br>Megan Strawn, Court Reporter<br>William Elliott, Law Clerk | September 23, 2022<br>Boise, ID |
| UNITED STATES OF AMERICA | Kate Horwitz, AUSA<br>Frank Zebari, AUSA<br>Pam Rocca, Paralegal<br>Ryan O'Neil, Agent |
| Plaintiff | |
| vs | |
| JOSEPH ALAN HOADLEY | Chuck Peterson, Attorney<br>Patty Stradley, Paralegal |
| Defendant | |

| Jury Trial<br>Day 5 |
|---|

| | |
|---|---|
| 8:31 am | Court is in session, the Court and parties had a final discussion regarding jury instructions |
| 8:42 am | Court is in recess |
| 9:02 am | Court is in session |
| 9:04 am | Jury members returned to the courtroom |
| 9:05 am | Jury Instructions read and published to the jury. |
| 9:35 am | <u>Closing Argument of Government</u> by Ms. Horwitz. |

| | |
|---|---|
| 10:10 am | Jury members excused from the courtroom. Court is in recess. |
| 10:25 am | Court is in session, jury members returned to the courtroom. |
| 10:26 pm | <u>Closing Argument of Defendant</u> by Mr. Peterson |
| 11:14 am | <u>Follow up of Government</u> by Ms. Horwitz. |
| 11:19 am | Juror numbers 1 & 2 thanked for their service and excused. |
| 11:20 am | Bailiff called forward and sworn. Jurors retired to the jury room to begin deliberations.  (Courtroom Deputy collected cellular phones, showed Jurors the exhibit system and left Jurors to their deliberations). |
| 11:24 am | Court is in recess to await a verdict from the jury. |
| 8:15 pm | The jury informed the court that they have not yet reached a verdict.  The Court directed the jury to stop deliberations for the evening, reminded them of the recess instruction and excused them until 9:00 am on Saturday, September 24, 2022 for continuation of deliberations. |

Daily witnesses: