| | |
|---|---|
| **From:** | William Elliott |
| **To:** | kate.horwitz@usdoj.gov; frank.zebari@usdoj.gov; chuck_petersonlawyers.com |
| **Bcc:** | Scott Skavdahl |
| **Subject:** | Hoadley - Supplemental Instruction Upon Juror Replacement |
| **Date:** | Saturday, September 24, 2022 11:41:00 AM |
| **Attachments:** | Hoadley (22cr56) - Supplemental Instr. #1 (Juror Replacement During Deliberations).pdf |

Dear Counsel,

Judge intends to provide this "start deliberations anew" instruction to the jury upon the replacement juror's arrival to the courthouse. As indicated in the instruction, we will also obtain the first Verdict Form and its copy from the jury to seal it in the record and provide them a clean original and copy at that time.

Absent any objection from you, he intends to hand the jury this written instruction in the jury room (along with the clean original Verdict Form and copy) but not read it aloud in the courtroom. If you have any objection to this planned procedure, please let me know quickly.

Thank you.

William Elliott
Law Clerk to U.S. District Judge Scott W. Skavdahl
111 S. Wolcott St., Suite 210
Casper, WY 82601
(307) 232-2600