IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
Scott W Skavdahl, United States District Judge
Case No. 1:22-CR-56-SWS

| | |
|---|---|
| Crystal Toner, Deputy Clerk | September 24, 2022 |
| Megan Strawn, Court Reporter | Boise, ID |
| William Elliott, Law Clerk | |

| | |
|---|---|
| UNITED STATES OF AMERICA | Kate Horwitz, AUSA |
| | Frank Zebari, AUSA |
| | Pam Rocca, Paralegal |
| | Ryan O'Neil, Agent |

Plaintiff

vs

| | |
|---|---|
| JOSEPH ALAN HOADLEY | Chuck Peterson, Attorney |
| | Patty Stradley, Paralegal |

Defendant

| Jury Trial |
| Day 6 |

9:00 am   All members of the jury present. The Court directed the jury to resume deliberations.

10:30 am  A note was received from the jury.

10:53 am  Court is in session. Outside the presence of the jury. The Defendant waives his presence at this time. The Court and parties discussed the issue presented in the jury note.

11:00 am  Court is in recess.

11:02 am  Court is in session, Juror 28 gave further information regarding the issued presented in the jury note. Jury shall resume deliberations

11:03 am       Court is in recess.

11:12 am       Court is in session. Juror 28 returned to the courtroom and advised that there continues to be an issue with a juror. The Court directed that the juror with an issue shall be excused an alternate juror shall be called and the Jury will be advised to re-begin deliberations once the alternate arrives.

11:14 am       Court is in recess

4:42 pm        A note was received from the jury. Verdict in.

5:10 pm        Court is in session. Jury members returned to the courtroom.

5:11 pm        The verdict was received and read by the Court. The jury was polled. The Court gave the jury final instruction.

5:15 pm        Jury exited the courtroom.

               The Government orally moved for detention. The Court **DENIED** the motion. Defendant will be release under conditions previously imposed.

5:17 pm        Court is adjourned.


Sentencing set for December 15, 2022, at 10:30 a.m. before Judge Scott W. Skavdahl.
Report to Counsel: November 3, 2022
Counsel Objection Notification: November 17, 2022
Final Report: December 1, 2022