IN THE UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSEPH ALAN HOADLEY,<br><br>Defendant. | Case No. 1:22-CR-0056-SWS<br><br>ORIGINAL |

### VERDICT FORM

We, the Jury in the above-entitled matter, unanimously find as follows:

**QUESTION #1.** As to the crime of willfully depriving another person of a federal right while acting under color of law, as charged in Count 1 of the indictment, we unanimously find that the defendant, Joseph Alan Hoadley, is:

____X____ NOT GUILTY          _____ GUILTY

- *If you find the defendant "Not Guilty" in Question #1, please do not answer Question #1A. Instead, please proceed to Question #2.*
- *If you find the defendant "Guilty" in Question #1, please proceed to Question #1A.*

**QUESTION #1A.** Do you unanimously find beyond a reasonable doubt that the defendant's use of unreasonable force caused bodily injury to B.H.?

_____ NO          _____ YES

**QUESTION #2.** As to the crime of falsifying a record or document in a federal investigation, as charged in Count 2 of the indictment, we unanimously find that the defendant, Joseph Alan Hoadley, is:

_____ **NOT GUILTY**     \_\_\_X\_\_ **GUILTY**

- *Please proceed to Question #3.*

**QUESTION #3.** As to the crime of witness tampering by harassment, as charged in Count 3 of the indictment, we unanimously find that the defendant, Joseph Alan Hoadley, is:

_____ **NOT GUILTY**     \_\_\_X\_\_ **GUILTY**

- *Please proceed to Question #4.*

**QUESTION #4.** As to the crime of destroying a record to impair its use in an official proceeding, as charged in Count 4 of the indictment, we unanimously find that the defendant, Joseph Alan Hoadley, is:

_____ **NOT GUILTY**     \_\_\_X\_\_ **GUILTY**

*Please have the Presiding Juror sign (by Juror Number) and date this Verdict Form, and then inform the bailiff that the Jury has reached its decision.*

DATE: *Sept 24*, 2022.

28
Presiding Juror Number

ORIGINAL