JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEYS
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:(208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00056-SWS |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO RULE 29 MOTION** |
| JOSEPH ALAN HOADLEY, | |
| The Defendant. | |

The United States of America, by and through Joshua D. Hurwit, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby seeks a one-week continuance of the deadline to file its response to Defendant's Motion for Acquittal (ECF 95). Defendant Joseph Alan Hoadley does not oppose this requested extension.

As currently scheduled, the government's response is due October 21, 2022, pursuant to the Local Rules. *See* General Order No 319, at 6. Despite her diligence, undersigned counsel needs additional time to respond for the following reasons: (1) undersigned counsel filed a forfeiture briefing in *United States v. Babichenko*, Case No. 1:18-cr-00258-BLW, on Monday, October 17, and is working with the U.S. Probation Office to provide discovery in

this matter by Friday, October 21, for preparation of a presentence report; (2) undersigned counsel also recently changed positions within the United States Attorney's Office, which requires additional supervisory duties; and (3) undersigned counsel had not previously obtained the transcript for the statute conferences and jury trial conducted in September, which she received yesterday.

## CONCLUSION

Based on the above, the government respectfully requests that the Court grant the unopposed one-week continuance of its response deadline to October 28, 2022.

Respectfully submitted this 19th day of October, 2022.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


 */s/ Katherine L. Horwitz*
KATHERINE L. HORWITZ
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2022, the foregoing GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by ECF filing: Charles Peterson, 671 E. Riverpark Lane, Suite 210, Boise, ID 83706.