Charles F. Peterson ISB# 3346
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho  83706
Telephone (208) 342-4633
FAX (208) 955-2020
chuck@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 22-cr-00056-DCN |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING REPLY MEMORANDUM** |
| vs. | |
| JOSEPH ALAN HOADLEY, | |
| Defendant. | |

Joseph Alan Hoadley, through his attorney, Charles F. Peterson, hereby moves this honorable Court to extend the time for filing his Reply Memorandum to the government's Response (ECF 108) to his Motion for Judgment of Acquittal and for New Trial (ECF 95). Hoadley seeks a one-week continuance of the deadline.

The government's Response was filed October 28, making Hoadley's reply due November 4. *See* General Order NO 319, at 6. Despite counsel's best efforts, additional time is needed to respond. The transcript of the proceedings was not yet purchased but will be by next Tuesday, thereby allowing a better reply to the factual allegations contained in the Response. Counsel undersigned has also had other State cases that required travel out of the office this week, as well as a family matter that required time away from the office on two afternoons. The Motion is unopposed by the government.

**MOTION TO EXTEND TIME- 1**

Based on the above, Mr. Hoadley respectfully requests that the Court grant the unopposed one-week continuance of deadline to November 7, 2022.

Dated this 4th day of November 2022.

//s//
Charles F. Peterson
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of November 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

JOSHUA D. HURWIT.
UNITED STATES ATTORNEY
Katherine L. Horwitz
Assistant United States Attorney
Kate.horwitz@usdoj.gov
Francis J. Zebari
Assistant United States Attorney
Frank.Zegari@usdoj.gov

//s//
Charles F. Peterson