# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA

Plaintiff,

vs.

JOSEPH ALAN HOADLEY

Defendant.

Case Number: 22-CR-56-SWS

**CRIMINAL MINUTE SHEET STATUS CONFERENCE**

☑ This Minute Sheet also contains a Minute Order ☑ Status Conference Only

☑ This was a Telephonic Hearing

Date: 11/18/2022 Time: 1:33 - 1:38 PM (Minute Order included) (Telephonic)

| Scott W. Skavdahl | Crystal Toner | Megan Strawn | Willie Elliott |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | Julie Besabe | | |
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s) Charles Peterson

Attorney(s) for Government Kate Horwitz

Other:

The Court addressed the need to to reset the sentencing based upon the need to allow time for the PSR to be prepared and reviewed. The defendant has no objection to a continuation of the sentencing. Sentencing shall be reset to 2/6/2023 at 9:00 AM. The Court made an Ends of Justice finding for the continuation of the sentencing.