# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
## CRIMINAL MINUTE SHEET
## SENTENCING

| | |
|---|---|
| Date: February 6, 2023 | Before the Honorable: Scott W. Skavdahl |
| Time: 9:04 - 10:30 AM | Interpreter: |
| Case No: 22-CR-56-SWS | Interpreter Phone: |

☐ Non-Public Document

__UNITED STATES OF AMERICA__ VS __JOSEPH ALAN HOADLEY__

| Crystal Toner | Anne Bowline | Julie Besabe/Brent Flock | |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**   Government: Katherine Horwitz

☐ CJA  ☐ FPD  ☑ RET  ☐ WAIVED   Defendant: Charles Peterson

Other:

☑ Defendant acknowledges having read the presentence report
☑ Objections to presentence report
☐ Court DENIES objections to PSR    ☐ Court GRANTS objections to PSR

The Court ruled on the objections to the PSR as articulated on the record which in incorporated by reference herein.

☑ Witness(es)   Bryan Taylor
☐ Exhibits received by Court

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

| | | | | |
|---|---|---|---|---|
| For a period of | 3 | Months | as to Count(s) | 2 |
| For a period of | 3 | Months | as to Count(s) | 3 |
| For a period of | 3 | Months | as to Count(s) | 4 |

☑ Sentence shall be served   concurrent   to   All counts
☐ Defendant is sentenced to time served
☐ Plus up to ten (10) days to allow for deportation proceedings

- [✓] Upon release from custody, the defendant shall be on **supervised release**
    - For a period of __12__ Months as to Count(s) __2__
    - For a period of __12__ Months as to Count(s) __3__
    - For a period of __12__ Months as to Count(s) __4__

- [✓] Supervised Release shall be served concurrent to __all counts__
- [ ] Defendant to be deported upon release from confinement
- [ ] Defendant is placed on **probation** for a period of _____

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

- [✓] Obey all laws, Federal, State & Local
- [✓] Abide by the standard conditions of supervision
- [ ] Home confinement for a period of _____
- [✓] Not use or possess firearms/ammunitions/explosives
- [ ] Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
- [ ] Submit to mandatory drug testing (w/in 15 days of release)
- [ ] Notify Probation of change in economic circumstance
- [ ] Notify employers of conviction
- [ ] Standard Sex Offender Conditions Apply
- [✓] Mental Health evaluation and follow through
- [✓] Other (continued from conditions of Probation/Supervised Release)

- [✓] Report to Probation w/in 72 hours of release
- [ ] Provide complete financial disclosure as directed
- [ ] Electronic monitoring as directed by Probation
- [ ] Not use or possess controlled substances/drugs
- [ ] Not open new lines of credit or incur new debt
- [ ] Submit to additional drug/alcohol testing and treatment
- [✓] Mandatory drug testing is waived
- [✓] DNA collection
- [ ] Cognitive/Behavioral Treatment
- [✓] Submit to search as conducted by US Probation Officer

See Judgment for complete conditions of supervised release

## MONETARY IMPOSITIONS

- [✓] Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) __2__
- [✓] Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) __3__
- [✓] Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) __4__

For a total of: $300.00

- [✓] Special assessment is due and payable immediately
- [✓] Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than _____ prior to the expiration of supervision
- [✓] Special assessment shall be paid in monthly installments of at least 10% gross monthly income during the term of supervision
- [ ] Special assessment remitted upon deportation of the defendant
- [ ] Other _____

☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☐ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____
☑ Defendant shall **surrender** to designated prison on/before   April 4, 2023   at   2:00   PM
☑ Defendant shall report to institution as directed by Probation
☑ Court **recommends placement** at   Sheridan, Oregon
☐ Court recommends defendant participate in the prison industries program
☐ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence
☑ Defendant advised of right to appeal      ☐ Defendant waives right to appeal
☐ Defendant shall forfeit the following property _____
☐ Count(s) _____ of the Indictment **dismissed** on the motion of the United States
☐ Other _____

## MISCELLANEOUS

CRIMINAL SENTENCING MINUTE SHEET                         22-CR-56-SWS

Page 3 of 3