Charles F. Peterson ISB# 3346
PETERSON LAWYERS
671 E. Riverpark Lane, Suite 210
Boise, Idaho  83706
Telephone (208) 342-4633
FAX (208) 336-2059
chuck@petersonlawyers.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 22-cr-00056-SWK |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| JOSEPH HOADLEY | |
| Defendant. | |

Notice is hereby given that Defendant, in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on February 6, 2023.

Dated this 16th day of February 2023.

                                                          //s//_____
                                                          Charles F. Peterson
                                                          Attorney for Defendant

**NOTICE OF APPEAL -  1**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of February 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by email:

Rafael M. Gonzalez, Jr.
Acting United States Attorney
Katherine L. Horwitz
Assistant United States Attorney
Kate.horwitz@usdoj.gov

//s//
Charles F. Peterson