Case 1:22-cr-00056-SWS   Document 153   Filed 02/03/23   Page 2 of 7

AO 245B (Rev. 10/20) Judgment in a Criminal Case
Sheet 2-Imprisonment

Judgment—Page    Page 2 of 7

**DEFENDANT:** Joseph Alan Hoadley
**CASE NUMBER:** 0976 1:22CR00056-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 3 months custody on each of Counts Two, Three and Four.

The terms of imprisonment on each count imposed by this judgement shall run concurrently.

U.S. COURTS

APR 28 2023

Rcvd____ Filed____ Time 11:05
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall be placed at FCI Sheridan, Sheridan, Oregon, if deemed appropriate given the defendant's history of having been a police officer in Caldwell, Idaho.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ before 2 p.m. on   April 4, 2023
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:  Fully

Defendant delivered on   4/4/2023   to   USP Atwater
at   Atwater, CA  , with a certified copy of this judgment.

U.S. MARSHALS SERVICE
DISTRICT OF IDAHO

APR 14 2023

RECEIVED

BM ~~inmate~~ Warden
~~UNITED STATES MARSHAL~~

F. Tojo    CSO
By:   ~~DEPUTY UNITED STATES MARSHAL~~